

# STATE OF MICHIGAN

## CERTIFICATE OF VOTES FOR PRESIDENT AND VICE PRESIDENT

**We, the undersigned Electors of the State of Michigan for President and Vice President**, elected in the General Election held in the State of Michigan on November 3, 2020, and duly convened at the State Capitol in Lansing, Michigan, this 14th day of December, 2020, do hereby certify that the following are lists of all votes given by us for the offices of President and Vice President, respectively, of the United States:

1. Votes cast for **Joseph R. Biden** for President of the United States … **Sixteen** … **16**.

2. Votes cast for **Kamala D. Harris** for Vice President of the United States … **Sixteen** … **16.**

**In Witness Whereof,** we have hereto set our hands at Lansing, Michigan, this 14th day of December, 2020.

### ELECTORS OF THE STATE OF MICHIGAN FOR
### PRESIDENT AND VICE PRESIDENT OF THE UNITED STATES

| | |
|---|---|
| Chris Cracchiolo | Sharon Baseman |
| Timothy E. Smith | Carolyn Holley |
| Blake Mazurek | Susan Nichols |
| Bonnie J. Lauria | Steven Rzeppa |
| Bobbie Walton | Helen Moore |
| Mark Edward Miller | Michael Kerwin |
| Conner Wood | Chuck Browning |
| Robin Smith | Marseille Allen |

# State of Michigan



## DEPARTMENT OF STATE

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

I, Jocelyn Benson, Secretary of State of the State of Michigan and custodian of the Great Seal of the State, hereby certify that the attached documents are true copies of (1) the resignation of Elector Walter C. Herzig III and (2) the Certificate of Filling Vacancy for Sharon Baseman for the Electoral College meeting on December 14, 2020 in the State of Michigan. *****end of certification*****

*IN TESTIMONY WHEREOF, I have hereto affixed my signature and Great Seal of the State, at Lansing, this 10th day of December in the year of our Lord two thousand and twenty.*



*Jocelyn Benson*

Secretary of State

257493-1-661848-OGS

This certification attests only to the authenticity of the signature of the official who signed the affixed document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. This certification is not intended to imply that the contents of the document are correct, nor that they have the approval of the State of Michigan.

December 10, 2020

Governor Gretchen Whitmer
P.O. Box 30013
Lansing, Michigan 48909

Dear Governor Whitmer,

    I hereby resign from the office of Elector of President and Vice-President of the United States.

Sincerely,

*[signature]*

Walter C. Herzig III

Cc:    Lavora Barnes

# State of Michigan



# Certificate of Filling Vacancy

At the meeting of the Electors of President and Vice President,

__SHARON BASEMAN__

was duly elected by the Electors present, in the manner provided by law, as an Elector of President and Vice President for the State of Michigan to fill the vacancy in the office caused by the

__RESIGNATION__

of Elector

__WALTER C. HERZIG, III__

In Witness Whereof, We the Chairperson and Secretary of the Electoral College of Michigan, have hereto set our hands at Lansing, Michigan, the 14th day of December, A.D. 2020.

_[signature]_  _[signature]_
Chairperson          Secretary