UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON ICKES, et al.,

    Plaintiffs,                    Case No. 1:22-cv-817

v.                                       Hon. Paul L. Maloney

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

    NOTICE is hereby given that the above-captioned case was filed in this court on September 2, 2022 .   The case has been assigned to Paul L. Maloney .

CLERK OF COURT

Dated:  September 6, 2022      By:  /s/ J. Morse_____
                                                 Deputy Clerk