UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JASON ICKES, voter, KEN BEYER, voter, MACOMB COUNTY REPULICAN PARTY, by its officers of the Executive Committee, DONNA BRANDENBERG, US Tax Payers candidate for the 2022 Governor of Michigan, ELECTION INTEGRITY FUND AND FORCE, a Michigan non-profit corporation, and SHARON OLSON, in her official capacity as the Clerk of Irving Township Barry County, | No. 22-cv-00817<br><br>HON. PAUL L. MALONEY<br><br>MAG. PHILLIP J. GREEN |

　　　　Plaintiffs,

v

GRETCHEN WHITMER, in her official
capacity as the Governor of Michigan, and
JOCELYN BENSON, in her official capacity as
Michigan Secretary of State,

　　　　Defendants.

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**EXHIBIT LIST**

　　A.  July 28, 2022 Letter