UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON ICKES, *et al.*,                              )
                              Plaintiffs,           )
                                                    )          No. 1:22-cv-817
-v-                                                 )
                                                    )          Honorable Paul L. Maloney
GRETCHEN WHITMER, *et al.*,                         )
                              Defendants.           )
_____)

## JUDGMENT

The Court has resolved all pending claims.  As required by Rule 58 of the Federal

Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:____August 2, 2023____                         __/s/  Paul L. Maloney____
                                                    Paul L. Maloney
                                                    United States District Judge